UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TORREY DAVIDSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV00607-ERW |
| ) | |
| ADVANCED AUTO PARTS ) | |
| LOCATOR, et al., ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Advanced Auto Parts Locator shall have judgment against Plaintiff Torrey Davidson on all counts of Plaintiff's Complaint. All Counts of Plaintiff's Complaint are **DISMISSED with prejudice.**

Dated this 30th Day of August, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1